In the Matter of N. J. Boots, Petitioner, against Francis Martin, Alfred H. Townley, Edward J. Glennon, Irwin Untermyer and Albert Cohn, Justices of the Appellate Division of the Supreme Court in the First Judicial Department, Defendants.

Submitted March 10, 1941; decided March 13, 1941.

*George L. Schein* for petitioner.

*Francis Martin*, as Presiding Justice of the Appellate Division of the Supreme Court in the first judicial department, opposed.

Motion for peremptory order of mandamus dismissed.